1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION**

| Forestay Research, LLC, | |
|---|---|
| Plaintiff, | 09-CV-02006-RGK (JWJx) |
| v. | Final Judgment |
| Enigma Semiconductor, Inc. | Judge Klausner |
| Defendant. | |

Final Judgment                         1

FURTHER to the Court's Order Re Plaintiff's Motion for Default Judgment dated June 12, 2009, (the "Order on Default") and pursuant to a Settlement Agreement between Forestay Research, LLC and Enigma Semiconductor, Inc., the parties stipulated to a Final Judgment and Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Defendant admits all of the allegations in the Complaint, including that the patent-in-suit is valid, enforceable and infringed, and that Defendant's infringement has been willful.

2. Defendant waives: (a) all rights to seek appellate review or otherwise challenge or contest the validity of this Order or the Order on Default; and (b) any claim Defendant may have against Plaintiff, its employees, representatives or agents that relate to this action.

3. In lieu of an award of damages, enhanced damages and attorney's fees, Plaintiff is hereby awarded (a) $50,000 collectable pursuant to a lien granted by Defendant to Plaintiff, (b) title to all of Defendant's intellectual property rights ("IPR"), which shall include but not be limited to United States and foreign patents and patent applications (including any and all papers, files and electronic documents held by Defendant and its attorneys), masks, mask work rights, packaging, chips, wafers, manuals, test scripts, trade secrets and domain names, including those relating to Defendant's Hybricore Switch family and Hybricore Traffic Manager family, and (c) all hardware and other physical property containing IPR including servers, program generation tapes, database tapes.

4. Defendant shall deliver the physical property containing IPR to Plaintiff within 5 days.

5. Defendant shall deliver its United States patents and patent applications to Plaintiff in good standing, including the revival of any abandoned United States patent applications.

6. Defendant shall deliver a copy of this Order and the Order on Default to all of its officers and directors.

7. This Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order and the Order on Default, including the injunction.

8. Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

9. Defendant waives all rights to contest in any future proceeding whether Defendant was properly served with this Order or any other pleadings in this action.

**SO ORDERED**

Dated: September 4 2009

*Gary Klausner*

United States District Judge

Submitted August 10, 2009, by    *Michael D. Harris*
Michael D. Harris

SoCal IP Law Group LLP
Attorneys for Plaintiff Forestay Research, LLC

**CERTIFICATE OF SERVICE**

I am employed in Los Angeles County, California, in the office of a member of the bar of this court at whose direction the service was made. My business address is 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362. I am over the age of 18 years and not a party to this action.

On September 4, 2009, I served the attached "[Proposed] Order Granting Motion for Default Judgment" on defendant Enigma by mailing the document in a sealed envelope, first class postage prepaid to:

Mr. Douglas Goodyear, CEO
Enigma Semiconductor, Inc.

|   |   |
|---|---|
| 1 | 2975 Scott Blvd. |
| 2 | Santa Clara, CA 95054 |

I declare under penalty of perjury of the laws of the United States that the facts stated in this declaration are true and correct.

August 10, 2009                             s/ *Terry Rozelle*
                                                      Terry Rozelle

Final Judgment                           4